NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: (925) 212-6299

ATTORNEY(S) FOR:   IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OLIVER HILSENRATH | CASE NUMBER |
|---|---|
| Plaintiff, | C 07 3586 EDL |
| V. | |
| MIKE SHEPARD, et al. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR MALPRACTICE, NEGLIGENCE, BREACH OF "THE DUTY OF CARE", AIDING AND ABETTING BREACH OF CIVIL RIGHTS GRANTED BY THE 4TH, 5TH AND THE 6TH AMENDMENT OF THE CONSTITUTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : HELLER EHRMAN LLP

    By serving      : Jonathan P. Hayden, Authorized Agent, Authorized
                      Agent

    Address         : Heller Ehrman LLP
                      333 Bush Street
                      San Francisco, CA 94104

    Date of Service : July 11, 2007

    Time of Service : 4:25 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 12, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 1003                                    Signature:_____
                                                          JAMES E. MACDONALD

                217945