| | |
|---|---|
| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY<br>OLIVER HILSENRATH<br>822 Eastbrook Court<br>Danville, CA 94506<br>Telephone: (925) 212-6299<br><br>ATTORNEY(S) FOR: IN PRO PER | |

Case 3:07-cv-03586-EDL   Document 4   Filed 07/26/2007   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH<br><br>　　　　　　　　Plaintiff,<br><br>　　　V.<br><br>MIKE SHEPARD, et al.<br><br>　　　　　　　　Defendant. | CASE NUMBER<br>C 07 3586 EDL<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR MALPRACTICE, NEGLIGENCE, BREACH OF "THE DUTY OF CARE", AIDING AND ABETTING BREACH OF CIVIL RIGHTS GRANTED BY THE 4TH, 5TH AND THE 6TH AMENDMENT OF THE CONSTITUTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT

in the within action by personally delivering true copies thereof to the person served as follows:

　　Served　　　　　　　:　MIKE SHEPARD

　　By serving　　　　　:　Debbie Harris, Authorized Agent

　　Address　　　　　　:　Heller Ehrman LLP
　　　　　　　　　　　　　333 Bush Street
　　　　　　　　　　　　　San Francisco, CA 94104

　　Date of Service　　:　July 19, 2007

　　Time of Service　　:　3:23 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 25, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 610

Signature: _____

　　　　　　　　　　GEORGE HARPER

217944