# PROOF OF SERVICE

I, Cindy Powers, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On July 31, 2007, I served the following document(s) described as:

**NOTICE OF MOTION AND MOTION BY DEFENDANTS TO DISMISS COMPLAINT; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES;**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS MICHAEL J. SHEPARD AND HELLER EHRMAN LLP;**

**REQUEST FOR JUDICIAL NOTICE;**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express box and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Oliver Hilsenrath**
**Hana Hilsenrath**
**Nama Hilsenrath**
**Lior Hilsenrath**
**Ella Hope Hilsenrath**
**Isaiah Benjamin Hilsenrath**
**Saul Nathaniel Hilsenrath**
**822 Eastbrook Court**
**Danville, California 94506**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if

PROOF OF SERVICE
- 1 -

postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 31, 2007.

_____
CINDY POWERS

PROOF OF SERVICE
- 2 -