1  STEVEN E. SCHON (No. 73582)
   Email: sschon@howardrice.com
2  ETHAN P. SCHULMAN (No. 112466)
   Email: eschulman@howardrice.com
3  LONG X. DO (No. 211439)
   Email: ldo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/217-5910

8  Attorneys for Defendants
   HELLER EHRMAN LLP and
9  MICHAEL J. SHEPARD

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

14  OLIVER HILSENRATH,                    No. C 07-3586 EDL

15         Plaintiff,                     REQUEST FOR JUDICIAL NOTICE

16     v.                                 Date:   September 18, 2007
                                          Time:   2:00 p.m.
17  MICHAEL SHEPARD, HELLER EHRMAN        Place:  Courtroom E, 15th Floor
    LLP, and DOES 1-5,                    Judge:  Hon. Elizabeth D. Laporte
18
           Defendants.                    Trial Date:  None Set

REQUEST FOR JUDICIAL NOTICE                                    C 07 3586 EDL

# REQUEST FOR JUDICIAL NOTICE

Defendants Michael J. Shepard and Heller Ehrman LLP (collectively, "Heller Ehrman") hereby request this Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following documents, true and correct copies of which are attached hereto:

| | |
|---|---|
| Exhibit A | "Hana and Oliver Hilsenrath's Response re Order to Show Cause: Jurisdiction" in *Hilsenrath v. Nixon Peabody LLP, et al.*, No. C07-3193-CW (N.D. Cal.) (filed July 18, 2007) |
| Exhibit B | Complaint in *Hilsenrath v. The Swiss Confederation, et al.*, No. C07-02782-WHA (N.D. Cal.) (filed May 29, 2007) |
| Exhibit C | Complaint in *Hilsenrath v. Equity Trust (Jersey) Limited, et al.*, No. C07-3312 CW (N.D. Cal.) (filed June 25, 2007) |
| Exhibit D | Plea Agreement as to Oliver Hilsenrath in *United States v. Hilsenrath*, No. CR-03-00213-WHA (N.D. Cal.) (filed February 6, 2007) |
| Exhibit E | Judgment In A Criminal Case as to Oliver Hilsenrath in *United States v. Hilsenrath*, No. CR-03-00213-WHA (N.D. Cal.) (filed July 9, 2007) |

Rule 201(b)(2) of the Federal Rules of Evidence permits judicial notice of a fact that is "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." All of the above-mentioned documents are records in other actions in this Court, and "a court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases." *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of a complaint in an action before another court); *Kootenai Tribe of Idaho v. Veneman*, 313 F.3d 1094, 1124 n.29 (9th Cir. 2002).

Exhibits A through C are complaints and a recent filing in other actions filed by

Plaintiff in this Court in which Plaintiff has made allegations concerning his residency. In determining citizenship for purposes of diversity jurisdiction, a court may consider the plaintiff's allegations in another action. *Tosco Corp. v. Communities for a Better Env't*, 236 F.3d 495, 502 (9th Cir. 2001) ("Plaintiff ultimately undermines its own argument that its principal place of business is not in California because Plaintiff claimed that California was its principal place of business to successfully establish diversity jurisdiction in a 1995 case").

Exhibits D and E, a plea agreement and judgment, respectively, are referenced in Plaintiff Oliver Hilsenrath's Complaint in this action. *See* Complaint ¶¶60-63. Documents whose contents are referenced in a complaint and whose authenticity no party questions also are a proper subject of judicial notice. *See, e.g.*, *Branch v. Tunnell*, 14 F.3d 449, 453-54 (9th Cir. 1994), *overruled on other grounds, Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1123-24 (9th Cir. 2002).

DATED: July 31, 2007.

          Respectfully,

          STEVEN E. SCHON
          ETHAN P. SCHULMAN
          LONG X. DO
          HOWARD RICE NEMEROVSKI CANADY
              FALK & RABKIN
          A Professional Corporation

          By: _____/s/_____
                ETHAN P. SCHULMAN

          Attorneys for Defendants HELLER EHRMAN LLP and MICHAEL J. SHEPARD