```
STEVEN E. SCHON (No. 73582)
Email: sschon@howardrice.com
ETHAN P. SCHULMAN (No. 112466)
Email: eschulman@howardrice.com
LONG X. DO (No. 211439)
Email: ldo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Defendants
HELLER EHRMAN LLP and MICHAEL J.
SHEPARD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL SHEPARD, HELLER EHRMAN LLP, and DOES 1-5,<br><br>　　　　　　Defendants. | No. C 07-3586 EDL<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS MICHAEL J. SHEPARD AND HELLER EHRMAN LLP<br><br>Date:　　　September 18, 2007<br>Time:　　　2:00 p.m.<br>Place:　　　Courtroom E, 15th Floor<br>Judge:　　　Hon. Elizabeth D. Laporte<br><br>Trial Date:　None Set |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4  DATED:  July 31, 2007.

5  Respectfully,

6  STEVEN E. SCHON
   ETHAN P. SCHULMAN
7  LONG X. DO
   HOWARD RICE NEMEROVSKI CANADY
8      FALK & RABKIN
   A Professional Corporation
9

10  By:  _____/s/_____
              ETHAN P. SCHULMAN
11

12  Attorneys for Defendants HELLER EHRMAN LLP
    and MICHAEL J. SHEPARD

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS        C 07-3586 EDL
-1-