UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLIVER HILSENRATH,

    Plaintiff,

v.

MICHAEL SHEPARD, et al.,

    Defendants.

No. C07-3586 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: *August 6, 2007*

/s/ *Ethan P. Schulman*
Signature

Counsel for *Defendants Heller Ehrman LLP and Michael Shepard*
(Name or party or indicate "pro se")

2