STEVEN E. SCHON (No. 73582)
Email: sschon@howardrice.com
ETHAN P. SCHULMAN (No. 112466)
Email: eschulman@howardrice.com
LONG X. DO (No. 211439)
Email: ldo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:   415/217-5910

Attorneys for Defendants
HELLER EHRMAN LLP and MICHAEL J. SHEPARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL SHEPARD, HELLER EHRMAN LLP, and DOES 1-5, <br><br> Defendants. | No. C 07-3586 EDL <br><br> PROOF SERVICE RE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE <br><br> Trial Date:   None Set |

PROOF OF SERVICE

# PROOF OF SERVICE

I, Nicholette N. Prince, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On August 6, 2007, I served the following document(s) described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express box and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery

**Oliver Hilsenrath**
**Hana Hilsenrath**
**Nama Hilsenrath**
**Lior Hilsenrath**
**Ella Hope Hilsenrath**
**Isaiah Benjamin Hilsenrath**
**Saul Nathaniel Hilsenrath**
**822 Eastbrook Court**
**Danville, California 94506**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 6, 2007.

_____
Nicholette N. Prince

PROOF OF SERVICE
- 1 -