1  STEVEN E. SCHON (No. 73582)
   Email: sschon@howardrice.com
2  ETHAN P. SCHULMAN (No. 112466)
   Email: eschulman@howardrice.com
3  LONG X. DO (No. 211439)
   Email: ldo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:  415/434-1600
7  Facsimile:  415/217-5910

8  Attorneys for Defendants
   HELLER EHRMAN LLP and
9  MICHAEL J. SHEPARD

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

14  OLIVER HILSENRATH,                    No. C 07-3586 EDL

15              Plaintiff,                PROOF OF SERVICE RE REPLY
                                          MEMORANDUM OF POINTS AND
16       v.                               AUTHORITIES IN SUPPORT OF
                                          DEFENDANTS' MOTION TO DISMISS
17  MICHAEL SHEPARD, HELLER EHRMAN        COMPLAINT
    LLP, and DOES 1-5,
18
                Defendants.
19

PROOF OF SERVICE

# PROOF OF SERVICE

I, Nicholette N. Prince, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On August 31, 2007, I served the following document(s) described as:

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express box and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery

**Hana Hilsenrath**
**Nama Hilsenrath**
**Lior Hilsenrath**
**Ella Hope Hilsenrath**
**Isaiah Benjamin Hilsenrath**
**Saul Nathaniel Hilsenrath**
**822 Eastbrook Court**
**Danville, California 94506**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 31, 2007.

_Nicholette N. Prince_
Nicholette N. Prince

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*