**United States District Court**
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7
OLIVER HILSENRATH,
8
      Plaintiff.                                No. C 07-03586 EDL
9
      v.                                        CLERK'S NOTICE
10
MIKE SHEPARD, et al.,
11
      Defendants.
12 _____/
13
      TO ALL PARTIES AND COUNSEL OF RECORD:
14
The hearing on Defendants' Motion to Dismiss Complaint scheduled for September 18, 2007 at 2:00
15
p.m. before Magistrate Judge Laporte has been taken off calendar. The Court finds the motion to be
16
appropriate for decision without oral argument and the matter is deemed submitted.
17
18
Dated: September 14, 2007
19
                                FOR THE COURT,
                                Richard W. Wieking, Clerk
20
21
                      by:  _____
22
                           Lili M. Harrell
                           Courtroom Deputy
23
24
25
26
27
28