United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLIVER HILSENRATH,

    Plaintiff,

    v.

MIKE SHEPARD,

    Defendants.
_____/

No. C-07-3586 EDL

**JUDGMENT**

    This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

    IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of September 19, 2007, Defendants' Motion to Dismiss is GRANTED and the complaint is DISMISSED without leave to amend and without prejudice to Plaintiff pursuing his claims in state court.

Dated: October 19, 2007

                                        _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge